CITY OF HOUSTON v. MARY E. ADAMS

No. A-4840. Decided May 11, 1955.
Rehearing overruled June 8, 1955.